1  QUINN EMANUEL URQUHART &
    SULLIVAN, LLP
2     Michael E. Williams (Bar No. 181299)
      (michaelwilliams@quinnemanuel.com)
3     Daniel C. Posner (Bar No. 232009)
      (danposner@quinnemanuel.com)
4     John Z. Yin (Bar No. 325589)
      (johnyin@quinnemanuel.com)
5  865 South Figueroa Street, 10th Floor
   Los Angeles, California 90017
6  Telephone:    (213) 443-3000
   Facsimile:    (213) 443-3100
7
   *Attorneys for Defendant*
8  *VIZIO, Inc.*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SOFTWARE FREEDOM CONSERVANCY, INC., a New York Non-Profit Corporation<br><br>Plaintiff,<br><br>vs.<br><br>VIZIO, INC., a California Corporation; and DOES 1 to 50, Inclusive,<br><br>Defendants. | CASE No. 8:21-cv-01943<br><br>**DECLARATION OF MICHAEL E. WILLIAMS IN SUPPORT OF DEFENDANT'S NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT** |

**DECLARATION OF MICHAEL E. WILLIAMS**

1. I am a member of the bar of the State of California and the Central District of California. I am a partner at Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for defendant VIZIO Inc. I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently hereto.

2. Attached as **Exhibit 1** is a true and correct copy of the complaint filed by plaintiff on October 19, 2021 in the state court action, Case No. 30-2021-01226723-CU-BC-CJC, in the Superior Court of the State of California, in the County of Orange (hereinafter "the State Court Action").

3. Attached as **Exhibit 2** is a true and correct copy of the state court civil case cover sheet filed by plaintiff on October 19, 2021 in the State Court Action.

4. Attached as **Exhibit 3** is a true and correct copy of the summons issued on October 19, 2021 in the State Court Action.

5. Attached as **Exhibit 4** is a true and correct copy of the Notice of Hearing for Case Management Conference issued on October 19, 2021 in the State Court Action.

6. Attached as **Exhibit 5** is a true and correct copy of a Notice of Errata filed by plaintiff on October 22, 2021 in the State Court Action, replacing Exhibit "A" and Exhibit "B" attached to the complaint filed on October 19, 2021.

7. Attached as **Exhibit 6** is a true and correct copy of the proof of service of the complaint on VIZIO, Inc. filed by plaintiff on November 3, 2021 in the State Court Action.

8. Exhibits 1 through 6 constitute all publicly filed process, pleadings, and orders on file in the State Court Action and/or served on defendants in the state court.

///
///
///
///
///
///

9. Attached as **Exhibit 7** is a true and correct copy of the Notice to Adverse Party Of Removal Of Action To Federal Court and proof of service of this document on plaintiff through their counsel of record in the State Court Action.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on November 29, 2021 at Los Angeles, California.

DATED: November 29, 2021         QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  */s/ Michael E. Williams*
   Michael E. Williams
   Attorneys for Defendant
   VIZIO, Inc.

-2-                                                                     Case No. 8:21-cv-01943
DECLARATION OF MICHAEL E. WILLIAMS ISO DEFENDANT'S NOTICE OF REMOVAL