# Exhibit 6

Electronically Filed by Superior Court of California, County of Orange, 11/03/2021 10:17:00 AM.
30-2021-01226723-CU-BC-CJC - ROA # 11 - DAVID H. YAMASAKI, Clerk of the Court By ellinguser, Deputy Clerk.
Case 8:21-cv-04354-JLS-KES Document 1-7 Filed 11/29/21 Page 2 of 3 Page ID #:82

**POS-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| VAKILI & LEUS, LLP<br>Sa'id Vakili, Esq. (SBN 176322); John A. Schlaff, Esq. (SBN 135748)<br>David N. Schultz, Esq. (SBN 123094); Stephen P. Hoffman, Esq. (SBN 287075)<br>3701 Wilshire Boulevard, Suite 1135, Los Angeles, California 90010<br>TELEPHONE NO: (213) 380-6010  FAX NO (Optional): (213) 380-6051<br>E-MAIL ADDRESS (Optional): vakili@vakil.com<br>ATTORNEY FOR (Name): Plaintiff SOFTWARE FREEDOM CONSERVANCY, INC. | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE
STREET ADDRESS: 700 Civic Center Drive West
MAILING ADDRESS:
CITY AND ZIP CODE: Santa Ana, California 92701
BRANCH NAME: CENTRAL JUSTICE CENTER

PLAINTIFF/PETITIONER: SOFTWARE FREEDOM CONSERVANCY, INC.
DEFENDANT/RESPONDENT: VIZIO, INC., etc.

CASE NUMBER: 30-2021-01226723-CU-BC-CJC

**PROOF OF SERVICE OF SUMMONS**

Ref No or File No: 2002414KQ

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [✓] summons
   b. [✓] complaint
   c. [✓] Alternative Dispute Resolution (ADR) package
   d. [✓] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [✓] other *(specify documents)*: Notice of Errata re: Plaintiff's Complaint; Notice of Hearing Case Management Conference; Clerk's Certificate of Service by Mail

3. a. Party served *(specify name of party as shown on documents served)*:
      VIZIO, INC., a California Corporation

   b. [✓] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
      Registered Agents Solutions, Agent for service by serving Cate Hidalgo, Office Administrator

4. Address where the party was served:
   1220 S Street, Suite 150, Sacramento, California 95811

5. I served the party *(check proper box)*
   a. [✓] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: 10/27/2021  (2) at *(time)*: 3:38 p.m.
   b. [ ] **by substituted service.** On *(date)*:  at *(time)*:  I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:

      (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*:  from *(city)*:  or [ ] a declaration of mailing is attached.

      (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
POS-010 [Rev January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10
American LegalNet, Inc.
www.FormsWorkflow.com

| PLAINTIFF/PETITIONER: SOFTWARE FREEDOM CONSERVANCY, INC., etc. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: VIZIO, INC., etc. | 30-2021-01226723-CU-BC-CJC |

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date):*                                         (2) from *(city):*

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

  d. ☐ **by other means** *(specify means of service and authorizing code section):*

☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify):*
   c. ☐ as occupant.
   d. ☑ On behalf of *(specify):* VIZIO, INC., a California Corporation
      under the following Code of Civil Procedure section:
      - ☑ 416.10 (corporation)
      - ☐ 416.20 (defunct corporation)
      - ☐ 416.30 (joint stock company/association)
      - ☐ 416.40 (association or partnership)
      - ☐ 416.50 (public entity)
      - ☐ 415.95 (business organization, form unknown)
      - ☐ 416.60 (minor)
      - ☐ 416.70 (ward or conservatee)
      - ☐ 416.90 (authorized person)
      - ☐ 415.46 (occupant)
      - ☐ other:

7. **Person who served papers**
   a. Name: Antonio Alvarez, Ace Attorney Service, Inc.
   b. Address: 901 F Street, Suite 150, Sacramento, California 95814
   c. Telephone number: (916) 447-4000
   d. **The fee** for service was: $ 104.74
   e. I am:
      (1) ☑ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☐ a registered California process server:
         (i) ☐ owner ☐ employee ☐ independent contractor.
         (ii) Registration No.:
         (iii) County:

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    or

9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: November 1, 2021

ANTONIO ALVAREZ              ▶ *(signature)*
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)      (SIGNATURE)