# Exhibit 7

1

QUINN EMANUEL URQUHART &
SULLIVAN, LLP

2

   Michael E. Williams (Bar No. 181299)
   (michaelwilliams@quinnemanuel.com)

3

   Daniel C. Posner (Bar No. 232009)
   (danposner@quinnemanuel.com)

4

   John Z. Yin (Bar No. 325589)
   (johnyin@quinnemanuel.com)

5

865 South Figueroa Street, 10th Floor
Los Angeles, California 90017

6

Telephone:     (213) 443-3000
Facsimile:     (213) 443-3100

7

8

*Attorneys for Defendant*
*VIZIO, Inc.*

9

10

**SUPERIOR COURT OF THE STATE OF CALIFORNIA**

**COUNTY OF ORANGE — CENTRAL JUSTICE CENTER**

11

12

SOFTWARE FREEDOM
CONSERVANCY, INC., a New York Non-
Profit Corporation

13

14

            Plaintiff,

15

     vs.

16

VIZIO, INC., a California Corporation; and
DOES 1 to 50, Inclusive,

17

18

       Defendants.

CASE NO.:  30-2021-01226723-CU-BC-CJC

**NOTICE TO ADVERSE PARTY OF
REMOVAL OF ACTION TO FEDERAL
COURT**

19

20

21

22

23

24

25

26

27

28

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that a Notice of Removal of this action was filed in the United States District Court for the Central District of California on November 29, 2021.  A true and correct copy of said Notice of Removal is attached to this Notice as **Exhibit A**.

DATED:  November 29, 2021

QUINN EMANUEL URQUHART &
SULLIVAN, LLP

By _____
Michael E. Williams
Attorneys for Defendant
VIZIO, Inc.

**PROOF OF SERVICE**

At the time of service, I was over 18 years of age and not a party to this action.  I am employed in the County of Los Angeles, State of California.  My business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017.

On November 29, 2021, I served true copies of the following document(s) described as **NOTICE TO ADVERSE PARTY OF REMOVAL OF ACTION TO FEDERAL COURT** on the interested parties in this action as follows:

| | |
|---|---|
| Richard G. Sanders, Esq. | Sa'id Vakili, Esq. |
| rick@aaronsanderslaw.com | vakili@vakili.com |
| **AARON & SANDERS, PLLC** | John A. Schlaff, Esq. |
| 605 Berry Rd., Ste. A | john.schlaff@gmail.com |
| Nashville, TN 37204 | David N. Schultz, Esq. |
| Tel: (615) 734-1188 | Schu1984@yahoo.com |
| Fax: (615) 250-9807 | Stephen P. Hoffman, Esq. |
| | hoffman@vakili.com |
| | **VAKILI & LEUS, LLP** |
| | 3701 Wilshire Blvd., Ste. 1135 |
| | Los Angeles, CA 90010-2822 |
| | Tel: (213) 380-6010 |
| | Fax: (213) 380-6051 |

**BY MAIL:**  I caused the enclosed document(s) to be served by mail by First Legal; and

**BY E-MAIL OR ELECTRONIC TRANSMISSION:**  I caused a copy of the document(s) to be sent from the e-mail address johnyin@quinnemanuel.com to the persons at the e-mail addresses listed in the Service List.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on November 29, 2021, at Los Angeles, California.


_____
John Yin