1  QUINN EMANUEL URQUHART &
   SULLIVAN, LLP
2    Michael E. Williams (Bar No. 181299)
     (michaelwilliams@quinnemanuel.com)
3    Daniel C. Posner (Bar No. 232009)
     (danposner@quinnemanuel.com)
4    John Z. Yin (Bar No. 325589)
     (johnyin@quinnemanuel.com)
5  865 South Figueroa Street, 10th Floor
   Los Angeles, California 90017
6  Telephone:    (213) 443-3000
   Facsimile:    (213) 443-3100
7
   *Attorneys for Defendant*
8  *VIZIO, Inc.*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SOFTWARE FREEDOM CONSERVANCY, INC., a New York Non-Profit Corporation<br><br>            Plaintiff,<br><br>     vs.<br><br>VIZIO, INC., a California Corporation; and DOES 1 to 50, Inclusive,<br><br>            Defendants. | CASE NO.:  8:21-cv-01943<br><br>**NOTICE OF INTERESTED PARTIES** |

**TO THIS HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Civil L.R. 7.1-1 and F. R. Civ. P. 7.1, the undersigned, counsel of record for Defendant VIZIO, Inc., certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. Plaintiff SOFTWARE FREEDOM CONSERVANCY, INC.
2. Defendant VIZIO, Inc.

VIZIO Holding Corp. is a publicly-held parent corporation of VIZIO, Inc.

DATED: November 29, 2021

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  */s/ Michael E. Williams*
Michael E. Williams
Attorneys for Defendant
VIZIO, Inc.

**PROOF OF SERVICE**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017.

On November 29, 2021, I served true copies of the following document(s) described as **NOTICE OF INTERESTED PARTIES** on the persons at the e-mail addresses below:

| | |
|---|---|
| Richard G. Sanders, Esq.<br>rick@aaronsanderslaw.com<br>**AARON & SANDERS, PLLC**<br>605 Berry Rd., Ste. A<br>Nashville, TN 37204<br>Tel: (615) 734-1188<br>Fax: (615) 250-9807 | Sa'id Vakili, Esq.<br>vakili@vakili.com<br>John A. Schlaff, Esq.<br>john.schlaff@gmail.com<br>David N. Schultz, Esq.<br>Schu1984@yahoo.com<br>Stephen P. Hoffman, Esq.<br>hoffman@vakili.com<br>**VAKILI & LEUS, LLP**<br>3701 Wilshire Blvd., Ste. 1135<br>Los Angeles, CA 90010-2822<br>Tel: (213) 380-6010<br>Fax: (213) 380-6051 |

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on November 29, 2021, at Los Angeles, California.

*/s/ John Yin*
John Yin