QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Michael E. Williams (Bar No. 181299)
   (michaelwilliams@quinnemanuel.com)
  Daniel C. Posner (Bar No. 232009)
   (danposner@quinnemanuel.com)
  John Z. Yin (Bar No. 325589)
   (johnyin@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100

*Attorneys for Defendant
VIZIO, Inc.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOFTWARE FREEDOM CONSERVANCY, INC., a New York Non-Profit Corporation<br><br>Plaintiff,<br><br>vs.<br><br>VIZIO, INC., a California Corporation; and DOES 1 to 50, Inclusive,<br><br>Defendants. | CASE NO. 8:21-cv-01943-JLS-KES<br><br>**PROOF OF SERVICE** |

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017.

On November 29, 2021 and November 30, 2021, I caused the following documents to be served:

1. **NOTICE OF REMOVAL INCLUDING ALL ATTACHMENTS [DKT. 1]**
2. **CIVIL COVER SHEET [DKT. 2]**
3. **NOTICE OF INTERESTED PARTIES [DKT. 3]**
4. **NOTICE OF APPEARANCE OR WITHDRAWAL OF COUNSEL FOR DANIEL C POSNER [DKT. 4]**
5. **NOTICE OF APPEARANCE OR WITHDRAWAL OF COUNSEL FOR ZHAOXIN YIN [DKT. 5]**
6. **NOTICE TO COUNSEL RE CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE [DKT. 8]**

on the interested parties in this action, addressed as follows:

SEE ATTACHED SERVICE LIST

**BY MAIL:** I caused a true and correct copy of the above-described document(s) to be served by mail by First Legal on the office(s) of the person(s) named in the attached service list.

**BY ELECTRONIC MAIL:** I transmitted to the person(s) named in the attached service list, delivered on the aforementioned date(s), originating from an electronic e-mail address affiliated with Quinn Emanuel Urquhart & Sullivan, LLP, a true and correct copy of the above-described document(s) through the Quinn Emanuel Urquhart & Sullivan, LLP e-mail server, which did not report any error in sending the transmission.

I declare under penalty of perjury under the laws of the United States of American and the State of California that the above is true and correct. Executed on December 1, 2021 at Los Angeles, California.

By */s/ John Z. Yin*
John Z. Yin

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

<u>SERVICE LIST</u>

Richard G. Sanders, Esq.
rick@aaronsanderslaw.com
**AARON & SANDERS, PLLC**
605 Berry Rd., Ste. A
Nashville, TN 37204
Tel: (615) 734-1188
Fax: (615) 250-9807

Sa'id Vakili, Esq.
vakili@vakili.com
John A. Schlaff, Esq.
john.schlaff@gmail.com
David N. Schultz, Esq.
Schu1984@yahoo.com
Stephen P. Hoffman, Esq.
hoffman@vakili.com
**VAKILI & LEUS, LLP**
3701 Wilshire Blvd., Ste. 1135
Los Angeles, CA 90010-2822
Tel: (213) 380-6010
Fax: (213) 380-6051

*Attorneys for Plaintiff Software Freedom Conservancy, Inc.*