1
2
3
4
5
6
7
8
9
10
11
12

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

13  SOFTWARE FREEDOM  CASE NO. 8:21-cv-01943-JLS-KES
    CONSERVANCY, INC.,
14                              **[PROPOSED]**
                                **ORDER GRANTING DEFENDANT**
15         Plaintiff,           **VIZIO, INC.'S MOTION TO**
                                **DISMISS COMPLAINT**
16
    vs.                         The Hon. Josephine L. Staton
17
18  VIZIO, INC.,
19         Defendant.
20
21
22
23
24
25
26
27
28

Before the Court is defendant VIZIO, Inc.'s ("VIZIO's") Motion to Dismiss Complaint ("Motion to Dismiss"). Having considered the briefs and related papers filed in support thereof and in opposition thereto, the entire file in this action, and the arguments of counsel, the Court hereby orders as follows:

**IT IS HEREBY ORDERED THAT** the Motion to Dismiss is GRANTED. Plaintiff Software Freedom Conservancy, Inc.'s Complaint (Dkt. 1-2) is DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED.**

DATED: _____, 2022

By _____
Hon. Josephine L. Staton
United States District Judge