# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOFTWARE FREEDOM CONSERVANCY, INC., a New York non-profit corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>VIZIO, INC., a California corporation; and DOES 1 to 50, inclusive,<br><br>  Defendants. | Case No.: 8:21-cv-01943-JLS-KES<br><br>[*PROPOSED*] **ORDER GRANTING PLAINTIFF SOFTWARE FREEDOM CONSERVANCY, INC.'S MOTION TO REMAND TO STATE COURT**<br><br>Date:   June 3, 2022<br>Time:   10:30 a.m.<br>Place:   Courtroom 10A<br>Judge:   Hon. Josephine L. Staton |

Before this Court is plaintiff Software Freedom Conservancy, Inc.'s ("Plaintiff") Motion to Remand to State Court. Having considered the briefs and related papers filed in support thereof and in opposition thereto, the entire file in this action, and the arguments of counsel, the Court finds that it is without subject-matter jurisdiction over the matter and it therefore orders as follows:

**IT IS HEREBY ORDERED THAT** Plaintiff's Motion to Remand to State Court is GRANTED.

This matter is remanded to the Superior Court of the State of California, County of Orange. The Clerk is directed to close the file.

**IT IS SO ORDERED.**

DATED: _____              _____
                                                                                    Hon. Josephine L. Staton
                                                                                    United States District Judge

[*PROPOSED*] ORDER GRANTING PLAINTIFF'S MOTION TO REMAND TO STATE COURT