Richard G. Sanders, Esq. (SBN: 209617)
rick@aaronsanderslaw.com
**AARON & SANDERS, PLLC**
605 Berry Road, Suite A
Nashville, TN 37204-2801
(615) 734-1188 | Fax: (615) 250-9807

*— and —*

Sa'id Vakili, Esq. (SBN: 176322)
vakili@vakili.com
John A. Schlaff, Esq. (SBN: 135748)
john.schlaff@gmail.com
David N. Schultz, Esq. (SBN: 123094)
Schu1984@yahoo.com
Stephen P. Hoffman, Esq. (SBN: 287075)
hoffman@vakili.com
**VAKILI & LEUS, LLP**
3701 Wilshire Blvd., Suite 1135
Los Angeles, CA 90010-2822
(213) 380-6010 | Fax: (213) 380-6051

*Attorneys for Plaintiff Software Freedom Conservancy, Inc.*

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOFTWARE FREEDOM CONSERVANCY, INC., a New York non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>VIZIO, INC., a California corporation; and DOES 1 to 50, inclusive,<br><br>Defendants. | Case No.: 8:21-cv-01943-JLS-KES<br><br>**PLAINTIFF SOFTWARE FREEDOM CONSERVANCY, INC.'S NOTICE OF INTERESTED PARTIES**<br><br>Judge:   Hon. Josephine L. Staton |

1

**TO THE HONORABLE COURT, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Civil L.R. 7.1-1 and Fed. R. Civ. P. 7.1, the undersigned, counsel of record for the plaintiff Software Freedom Conservancy, Inc., certifies that the following listed parties may have a pecuniary interest in the outcome of the case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. Plaintiff Software Freedom Conservancy, Inc. ("Conservancy"). Conservancy has no parent corporation, and no publicly held corporation owns 10% or more of Conservancy's stock.

2. Defendant Vizio, Inc. ("Vizio"). Vizio has a parent corporation, Vizio Holding Corp., which is publicly held.

DATED: December 27, 2021              **AARON & SANDERS, PLLC**
                                     **VAKILI & LEUS, LLP**

                                     By: /s/ Sa'id Vakili
                                     Sa'id Vakili, Esq.
                                     David N. Schultz, Esq.
                                     Richard G. Sanders, Esq.
                                     *Attorneys for Plaintiff Software Freedom Conservancy, Inc.*

# CERTIFICATE OF SERVICE

*Software Freedom Conservancy, Inc. v. Vizio, Inc.*
*U.S.D.C. C.D. Cal. Case No.: 8:21-cv-01943-JLS-KES*

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is Vakili & Leus, LLP, 3701 Wilshire Boulevard, Los Angeles, Suite 1135, Los Angeles, California 90010.

On December 27, 2021, I served the foregoing document described as **PLAINTIFF SOFTWARE FREEDOM CONSERVANCY, INC.'S NOTICE OF INTERESTED PARTIES** on all interested parties in this action at the addresses listed below, as follows:

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Michael E. Williams, Esq.
michaelwilliams@quinnemanuel.com
Daniel C. Posner, Esq.
danposner@quinnemanuel.com
John Z. Ying
johnyin@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017

**213/443-3000** | Fax: 213/443-3100

*Counsel for Defendant Vizio, Inc.*

I hereby certify that on the 27th day of December 2021, I will cause to be served the above-referenced document via the United States District Court's Electronic Filing Program on the designated recipient via electronic transmission through the CM/ECF system on the Court's website. The Court's CM/ECF system will generate a Notice of Electronic Filing ("NEF") to the filing party, the assigned judge, and any registered users in this action. The NEF will constitute service of the document. Registration as a CM/ECF user constitutes consent to electronic service through the Court's transmission facilities.

/s/ Jason C. Ming
Jason C. Ming