Richard G. Sanders, Esq. (SBN: 209617)
rick@aaronsanderslaw.com
**AARON & SANDERS, PLLC**
605 Berry Rd., Ste. A
Nashville, TN 37204-2801
(615) 734-1188 | Fax: (615) 250-9807

—and—

Sa'id Vakili, Esq. (SBN: 176322)
vakili@vakili.com
John A. Schlaff, Esq. (SBN: 135748)
John.schlaff@gmail.com
David N. Schultz, Esq. (SBN: 123094)
Sch1984@yahoo.com
Stephen P. Hoffman, Esq. (SBN: 287075)
hoffman@vakili.com
**VAKILI & LEUS, LLP**
3701 Wilshire Blvd., Ste. 1135
Los Angeles, CA 90010-2822

(213) 380-6010 | Fax: (213) 380-6051

*Attorneys for Plaintiff Software Freedom Conservancy, Inc.*

QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Michael E. Williams (Bar No. 181299)
  (michaelwilliams@quinnemanuel.com)
  Daniel C. Posner (Bar No. 232009)
  (danposner@quinnemanuel.com)
  John Z. Yin (Bar No. 325589)
  (johnyin@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100

*Attorneys for Defendant VIZIO, Inc.*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SOFTWARE FREEDOM CONSERVANCY, INC.,<br><br>Plaintiff,<br><br>v.<br><br>VIZIO, INC.,<br><br>Defendant. | Case No.: 8:21-cv-01943-JLS-KES<br><br>**JOINT STIPULATION TO CONTINUE SCHEDULING CONFERENCE AND CONSOLIDATE HEARINGS ON DEFENDANT'S MOTION TO DISMISS AND PLAINTIFF'S MOTION TO REMAND TO STATE COURT**<br><br>Judge:  Hon. Josephine L. Staton |

Plaintiff Software Freedom Conservancy, Inc. ("Plaintiff" or "Conservancy") and Defendant VIZIO, Inc. ("Defendant" or "VIZIO") (collectively, the "Parties") hereby submit this Joint Stipulation to Continue the Scheduling Conference and to consolidate the hearings on Defendant's motion to dismiss and Plaintiff's motion to remand (collectively, the "Motions") based on the following good cause:

1. On October 19, 2021, Plaintiff filed a complaint ("Complaint") in the Superior Court of California, County of Orange against Defendant (the "State Court Case").

2. On November 29, 2021, Defendant timely filed a Notice of Removal, removing the State Court Case to this Court (Dkt. 1) on the grounds that Plaintiff's state law claims are completely preempted by the Copyright Act.

3. On December 6, 2021, Defendant filed a Motion to Dismiss Complaint Pursuant to Fed.R.Civ.P. 12(B)(6) on the grounds that Plaintiff's state law claims are completely preempted by the Copyright Act and Plaintiff, as a purported third-party beneficiary, lacks standing to enforce the exclusive rights protected by the Copyright Act. Defendant noticed the hearing on the Motion to Dismiss for the first available hearing date of May 13, 2022 (Dkt. 12).

4. On December 6, 2021, the Court issued an Order Setting Scheduling Conference For February 4, 2022 At 10:30 AM, Courtroom 10-A (Dkt. 13).

5. On December 27, 2021, Plaintiff filed a Motion to Remand Action to State Court on the ground that this Court lacks subject matter jurisdition since the Complaint brought by the Conservancy against VIZIO alleges only two causes of action under state law, for breach of contract and declaratory relief, both of which are not subject to preemption by the Copyright Act under controlling Ninth Circuit law. Plaintiff noticed the hearing on the Motion to Remand for the first available hearing date of May 27, 2022 (Dkt. 14). On its own motion, the Court issued a Scheduling Order moving Plaintiff's hearing date on the Motion to Remand to June 3, 2022 (Dkt. 15).

6. The Parties are respectfully mindful of the Court's guidance that it generally does not continue schedule conferences pending resolution of pre-answer motions. However, the Parties believe good cause exists here because the outcome of the Motions will determine whether the case will proceed at all in this Court or if the matter will be remanded.

7. In the interest of efficiency and preserving judicial resources, the Parties jointly request that the February 4, 2022 Scheduling Conference be continued to July 1, 2022, or the first available hearing date thereafter. The Parties shall file a Joint Rule 26(f) Report by no later than 14 days before the new date for the Scheduling Conference unless this matter is dismissed or remanded to state court before then pursuant to the pending Motions.

8. Therefore, the Parties jointly stipulate and request that the Court order as follows:

1) Plaintiff's Motion to Remand to State Court and Defendant's Motion to Dismiss shall both be heard on June 3, 2022, or the first available hearing date thereafter;

2) The February 4, 2022 Scheduling Conference (Dkt. 13) shall be continued to July 1, 2022, or the first available hearing date thereafter; and

3) The Parties shall file a Joint Rule 26(f) Report by no later than 14 days before the new date for the Scheduling Conference, unless this matter is dismissed or remanded to state court before then pursuant to the pending Motions.

Respectfully Submitted,

| | |
|---|---|
| Dated: January 3, 2022 | QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>Michael E. Williams<br>Daniel C. Posner<br>John Z. Yin<br><br>By: */s/ Michael E. Williams*<br>         Michael E. Williams<br><br>***Attorneys for Defendant VIZIO. Inc.*** |
| Dated: January 3, 2022 | AARON & SANDERS, PLLC<br>Richard G. Sanders<br><br>VAKILI & LEUS, LLP<br>Sa'id Vakili<br>John A. Schlaff<br>David N. Schultz<br>Stephen P. Hoffman<br><br>By: */s/ Sa'id Vakili*<br>         Sa'id Vakili<br><br>***Attorneys for Plaintiff Software Freedom Conservancy, Inc.*** |

**ATTESTATION**

I, John Yin, am the CM/ECF user whose ID and password are being used to file this JOINT STIPULATION TO CONTINUE SCHEDULING CONFERENCE AND CONSOLIDATE HEARINGS ON DEFENDANT'S MOTION TO DISMISS AND PLAINTIFF'S MOTION TO REMAND TO STATE COURT. In compliance with L.R. 5-4.3.4(a)(2)(i), I hereby attest that counsel for Plaintiff Software Freedom Conservancy, Inc. has concurred in this filing.

Dated: January 3, 2022

QUINN EMANUEL URQUHART & SULLIVAN LLP

By: */s/ John Yin*
    John Yin

4

8:21-cv-01943-JLS-KES
JOINT STIPULATION TO CONTINUE SCHEDULING CONFERENCE AND CONSOLIDATE HEARING DATES ON PENDING MOTIONS