1
2
3
4
5
6
7
8
9
10
11
12

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOFTWARE FREEDOM CONSERVANCY, INC., <br><br> Plaintiff, <br><br> v. <br><br> VIZIO, INC., <br><br> Defendant. | CASE NO. 8:21-cv-01943-JLS-KES <br><br> **ORDER GRANTING JOINT STIPULATION TO CONTINUE SCHEDULING CONFERENCE AND CONSOLIDATE HEARINGS ON PENDING MOTIONS (DOC. 18)** |

Before the Court is the Parties' Joint Stipulation to Continue Scheduling Conference and Consolidate Hearings on Defendant's Motion to Dismiss and Plaintiff's Motion to Remand to State Court. (Doc. 18.) Having considered the stipulation and for good cause shown, the Court hereby orders as follows:

1. Plaintiff's Motion to Remand to State Court and Defendant's Motion to Dismiss shall both be heard on June 3, 2022, or the first available hearing date thereafter;
2. The February 4, 2022 Scheduling Conference (Doc. 13) shall be continued to **July 1, 2022 at 10:30 a.m.**, or the first available hearing date thereafter; and
3. The Parties shall file a Joint Rule 26(f) Report by no later than 14 days before the new date for the Scheduling Conference, unless this matter is dismissed or remanded to state court before then pursuant to the pending Motions.

**IT IS SO ORDERED.**

DATED: January 10, 2022

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE