Richard G. Sanders, Esq. (SBN: 209617)
*rick@aaronsanderslaw.com*
**AARON & SANDERS, PLLC**
605 Berry Road, Suite A
Nashville, TN 37204-2801
(615) 734-1188 | Fax: (615) 250-9807
*— and —*
Sa'id Vakili, Esq. (SBN: 176322)
*vakili@vakili.com*
John A. Schlaff, Esq. (SBN: 135748)
*john.schlaff@gmail.com*
David N. Schultz, Esq. (SBN: 123094)
*Schu1984@yahoo.com*
Stephen P. Hoffman, Esq. (SBN: 287075)
*hoffman@vakili.com*
**VAKILI & LEUS, LLP**
3701 Wilshire Blvd., Suite 1135
Los Angeles, CA 90010-2822
(213) 380-6010 | Fax: (213) 380-6051

*Attorneys for Plaintiff Software Freedom Conservancy, Inc.*

QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Michael E. Williams (Bar No. 181299)
  (michaelwilliams@quinnemanuel.com)
  Daniel C. Posner (Bar No. 232009)
  (danposner@quinnemanuel.com)
  John Z. Yin (Bar No. 325589)
  (johnyin@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

*Attorneys for Defendant
VIZIO, Inc.*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOFTWARE FREEDOM CONSERVANCY, INC., a New York non-profit corporation,<br><br>            Plaintiff,<br><br>      v.<br><br>VIZIO, INC., a California corporation; and DOES 1 to 50, inclusive,<br><br>            Defendants. | Case No.: 8:21-cv-01943-JLS-KES<br><br>**JOINT STIPULATION TO MODIFY BRIEFING SCHEDULE ON OPPOSITIONS TO DEFENDANT'S MOTION TO DISMISS AND PLAINTIFF'S MOTION TO REMAND TO STATE COURT**<br><br>Judge:    Hon. Josephine L. Staton |

1

Plaintiff Software Freedom Conservancy, Inc. ("Plaintiff" or "Conservancy") and Defendant VIZIO, Inc. ("Defendant" or "VIZIO") (collectively, the "Parties") hereby submit this Joint Stipulation to Modify the Briefing Schedule on Oppositions to Defendant's Motion to Dismiss and Plaintiff's Motion to Remand (collectively, the "Motions") based on the following good cause:

1.  Previously, the Parties had entered into a Joint Stipulation, requesting among other things, for this Court to order that both Defendant's Motion to Dismiss and Plaintiff's Motion to Remand be heard on June 3, 2022, or the first available hearing date thereafter.

2.  On January 10, 2022, this Court, the Hon. Josephine L. Staton presiding, graciously granted the Parties' request and entered an order which moved the hearing date for the Motions to June 3, 2022.  In light of the June 3, 2022 hearing date, oppositions to the Motions are due on May 13, 2022, and replies in support of the Motions are due on May 20, 2022.

3.  The Parties have agreed to modify the briefing schedule for the Motions' oppositions only, such that the oppositions are due on April 29, 2022 (rather than on May 13, 2022), while keeping the due date for the replies on May 20, 2022, so that each party will have three weeks (rather than only one week) to prepare its respective reply.

Respectfully Submitted,

DATED: February 14, 2022

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

By: /s/ Michael E. Williams
Michael E. Williams, Esq.
Daniel C. Posner, Esq.
John Z. Yin, Esq.
*Attorneys for Defendant VIZIO, Inc.*

DATED: February 14, 2022          **AARON & SANDERS, PLLC**

                                                        **VAKILI & LEUS, LLP**

By: /s/ Sa'id Vakili
     Sa'id Vakili, Esq.
     David N. Schultz, Esq.
     Richard G. Sanders, Esq.
     *Attorneys for Plaintiff Software Freedom Conservancy, Inc.*

3

JOINT STIPULATION TO MODIFY BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS AND PLAINTIFF'S MOTION TO REMAND TO STATE COURT