# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOFTWARE FREEDOM CONSERVANCY, INC., a New York non-profit corporation,<br><br>         Plaintiff,<br><br>              v.<br><br>VIZIO, INC., a California corporation; and DOES 1 to 50, inclusive,<br><br>         Defendants. | Case No.: 8:21-cv-01943-JLS-KES<br><br>[*PROPOSED*] **ORDER GRANTING THE BRIEFING SCHEDULE SET FORTH IN THE PARTIES' JOINT STIPULATION RE: OPPOSITIONS TO DEFENDANT'S MOTION TO DISMISS AND PLAINTIFF'S MOTION TO REMAND TO STATE COURT**<br><br>Judge:      Hon. Josephine L. Staton |

1

[*PROPOSED*] ORDER GRANTING BRIEFING SCHEDULE SET FORTH IN THE PARTIES' JOINT STIPULATION RE: OPPOSITIONS TO DEFENDANT'S MOTION TO DISMISS AND PLAINTIFF'S MOTION TO REMAND

Before this Court is plaintiff Software Freedom Conservancy, Inc.'s ("Plaintiff") and Defendant VIZIO, Inc. ("Defendant" or "VIZIO") (collectively, the "Parties") Joint Stipulation to Modify Briefing Schedule on Oppositions to Defendant's Motion to Dismiss and Plaintiff's Motion to Remand to State Court (the "Stipulation"). Having considered the Stipulation and the entire file in this action, the Court orders as follows:

**IT IS HEREBY ORDERED THAT** the request set forth in the Parties' Stipulation is GRANTED.

The opposition papers to Defendant's Motion to Dismiss and the opposition papers to Plaintiff's Motion to Remand to State Court are both due on April 29, 2022.

**IT IS SO ORDERED.**

DATED: _____

                                            Hon. Josephine L. Staton
                                            United States District Judge

2

[*PROPOSED*] ORDER GRANTING BRIEFING SCHEDULE SET FORTH IN THE PARTIES' JOINT STIPULATION RE: OPPOSITIONS TO DEFENDANT'S MOTION TO DISMISS AND PLAINTIFF'S MOTION TO REMAND