QUINN EMANUEL URQUHART &
SULLIVAN, LLP
  Michael E. Williams (Bar No. 181299)
  (michaelwilliams@quinnemanuel.com)
  Daniel C. Posner (Bar No. 232009)
  (danposner@quinnemanuel.com)
  John Z. Yin (Bar No. 325589)
  (johnyin@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone:     (213) 443-3000
Facsimile:     (213) 443-3100

*Attorneys for Defendant*
*VIZIO, Inc.*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOFTWARE FREEDOM CONSERVANCY, INC., a New York Non-Profit Corporation<br><br>                    Plaintiff,<br><br>        vs.<br><br>VIZIO, INC., a California Corporation; and DOES 1 to 50, Inclusive,<br><br>                    Defendants. | CASE No. 8:21-cv-01943<br><br>**DECLARATION OF MICHAEL E. WILLIAMS IN SUPPORT OF DEFENDANT VIZIO, INC.'S OPPOSITION TO PLAINTIFF SOFTWARE FREEDOM CONSERVANCY, INC.'S MOTION TO REMAND** |

## **DECLARATION OF MICHAEL E. WILLIAMS**

1.      I am a member of the bar of the State of California and the Central District of California.  I am a partner at Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for defendant VIZIO Inc.  I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently hereto.

2.      Attached as **Exhibit 1** is a true and correct copy of a webpage titled "Frequently Asked Questions about the GNU Licenses" downloaded from the Free Software Foundation website on March 26, 2022, accessible at https://www.gnu.org/licenses/gpl-faq.en.html.

3.      Attached as **Exhibit 2** is a true and correct copy of a letter from Denver Gingerich at the Software Freedom Conservancy to Jerry Huang, General Counsel of VIZIO, Inc., dated August 7, 2018, and titled "Copyright Infringement by D24f-F1 Television and XR6P Tablet."

4.      Attached as **Exhibit 3** is a true and correct copy of an email from Denver Gingerich to Aaron Fennimore of VIZIO, Inc., dated November 1, 2018, and titled "Re: Copyright Infringement by D24f-F1 Television and XR6P Tablet."

5.      Attached as **Exhibit 4** is a true and correct copy of an email from Denver Gingerich to Aaron Fennimore, dated April 18, 2019, and titled "Re: [EXTERNAL] Vizio - D24f-F1 - Round 1 ('Re: Copyright Infringement by D24f-F1 Television and XR6P Tablet')."

6.      Attached as **Exhibit 5** is a true and correct copy of a collection of screenshots taken from a VIZIO television showing step-by-step navigation to the "License List" menu on the user interface of the television.

7.      Attached as **Exhibit 6** is a true and correct copy of an email from Denver Gingerich to Aaron Fennimore, dated November 8, 2019, and titled "Vizio - D24f-F1 - Round 5 ('Re: Copyright Infringement by D24f-F1 Television and XR6P Tablet')."

8.      Attached as **Exhibit 7** is a true and correct copy of an email from Denver Gingerich to Aaron Fennimore, dated November 27, 2019, and titled "Re: [EXTERNAL] Vizio - D24f-F1 - Round 6 ('Re: Copyright Infringement by D24f-F1 Television and XR6P Tablet')."

9.      Attached as **Exhibit 8** is a true and correct copy of a webpage titled "Vizio Lawsuit Q & A" downloaded from the Software Freedom Conservancy website on March 26, 2022,

1  accessible at https://sfconservancy.org/press/qanda.html.

2       10.    Attached as **Exhibit 9** is a true and correct copy of the complaint filed by Software

3  Freedom Conservancy in *Software Freedom Conservancy, Inc. v. Best Buy Co.*, Case No. 1:09-

4  cv-10155-SAS (S.D.N.Y. 2009), at Dkt. 1 on December 14, 2009.

5

6       I declare under penalty of perjury under the laws of the United States that the foregoing is

7  true and correct.

8       Executed on April 22, 2022 at Los Angeles, California.

9

10  DATED:  April 22, 2022            QUINN EMANUEL URQUHART &
                                      SULLIVAN, LLP
11

12                                    By  */s/ Michael E. Williams*
13                                       Michael E. Williams
                                         Attorneys for Defendant
14                                       VIZIO, Inc.

15

16

17

18

19

20

21

22

23

24

25

26

27

28