# EXHIBIT 2



Denver Gingerich
+1-212-461-3245, x. 12
denver@sfconservancy.org
137 Montague St  STE 380
Brooklyn, NY 11201–3548
USA

**Copyright Infringement by D24f-F1 Television and XR6P Tablet**

7 August 2018

Jerry Huang
General Counsel
Vizio Inc.
39 Tesla
Irvine, CA 92618
Email: jerry.huang@vizio.com

By email and UPS

Dear Mr. Baxter:

Software Freedom Conservancy ("Conservancy") is an organization comprised of several Free, Libre and Open Source software projects. Additionally, Conservancy coordinates as part of its program activities the "GPL Compliance Program for Linux Developers". Conservancy holds its own copyrights in the kernel named Linux, and furthermore serves as copyright enforcement agent for many copyright holders who hold copyright in Linux.

Vizio's D24f-F1 television and XR6P tablet ("Infringing Products") appear to include a copy and/or derivative work of Linux. If so, Vizio is infringing Conservancy's and the other copyright holders' copyrights because neither Conservancy nor any of the other copyright holders authorized these distributions.

The only way Vizio could have had Conservancy's or other copyright holders' permission to distribute copies or derivative works of Linux would have been for Vizio to comply with the terms of the GNU General Public License ("GPL") under which Conservancy and other copyright holders grant licenses to Linux. However, Vizio violated §3 of the GPL (version 2) because it did not provide either the complete, corresponding source code or a written offer for that source code along with Linux when it distributed the Infringing Products.

The source code distribution requirements may seem minor or technical, but in fact they are perhaps the most important obligations for GPL licensees. Ensuring software freedom, including users' access to source code, is the primary objective of developers who license their software under the GPL. This is our view, as well as the view of the Free Software Foundation, the GPL's author and primary interpreter since 1989, and also of numerous companies, lawyers and judges that have independently interpreted and applied the GPL. These requirements are not onerous, but they are essential to the GPL's purpose.

Under §4 of the GPL (version 2), the violation by Vizio instantly terminated all rights to Linux that Vizio may have had under the GPL. Consequently, Vizio has no rights to Linux, and can no longer obtain a license to Linux unless Conservancy and the other copyright holders reinstate your rights. Any copying, modification, or distribution of Linux after the initial violation is without Conservancy's and the other copyright holders' permission and may constitute willful copyright infringement.

In similar matters, for-profit software companies might seek outrageous damages for past infringement or exorbitant royalties for future distribution of Linux. Fortunately for Vizio, Conservancy (and the copyright holders we represent) prefers to assume that the cause of any GPL violation is benign and we are willing

to forgo these measures as long as Vizio acts in good faith to come into compliance with the GPL and to remedy the harm caused by its violation of the license. Conservancy therefore asks that you work with us to bring your products into compliance and cover our costs in our effort to help you along the road to full GPL compliance for your products.

Conservancy looks forward to receiving an immediate and favorable response to this letter from Vizio. Without a manifestation of Vizio's commitment to resolving this matter directly with Conservancy, we will be forced to resort to other, more public venues to preserve Conservancy's and the other copyright holders' rights to Linux.

However, ideally, we can work together collaboratively to bring your product into full compliance with the GNU General Public License. Please get in contact with me immediately on this matter so that we can further discuss plans for doing so.

Sincerely,

*[signature]*

Denver Gingerich
FLOSS License Compliance Engineer
Software Freedom Conservancy

cc:  Karen Sandler, Executive Director, Software Freedom Conservancy
     Bill Baxter, CTO, Vizio