# EXHIBIT 5







