# EXHIBIT 6

**John Yin**

| | |
|---|---|
| **From:** | Denver Gingerich <denver@sfconservancy.org> |
| **Sent:** | Friday, November 8, 2019 1:52 PM |
| **To:** | Judy Chow; Aaron Fennimore |
| **Cc:** | pamela@chesteklegal.com; Karen Sandler |
| **Subject:** | Vizio - D24f-F1 - Round 5 ("Re: Copyright Infringement by D24f-F1 Television and XR6P Tablet") |

> On 2019-11-07 2:30 p.m., Judy Chow wrote:
>> We have shared the latest package with you via a OneDrive link. Our
>> chipmaker has tested this package and informs us that the
>> instructions and files should sufficiently build. Please let us know
>> if you encounter any difficulties. If there are any further questions
>> or technical issues, we will work with you to promptly address them.

We have reviewed the new candidate you sent us and found one of the files appears to be corrupt or incorrect. In particular, we received the following file:

* make - 802,040 bytes with SHA-256 checksum 33a01c1734640a5420c446fb874d0413be551256e6da6150daf32156a124d074

When we attempt to run this on Ubuntu 18.04 we get the following:

$ make
Segmentation fault (core dumped)
$

We also tried to run this on Debian 9 (amd64), but got roughly the same:

$ ./make
Segmentation fault
$

Note that the above output is the same if we use the "cd release/;make -f Makefile.toolchain" invocation from the instructions.

It looks like this is just a minor issue with sending us the wrong file or it getting truncated during upload, so we haven't bothered with the rest of the checks (in part because this "make" binary appears to be critical to running the rest of the build).

Could you please send us the corrected file so we can try the build again?

Thanks!

Denver