Richard G. Sanders, Esq. (SBN: 209617)
rick@ricksanderslaw.com
**RICHARD G. SANDERS, PLLC**
605 Berry Road, Suite A
Nashville, TN 37204-2801
(615) 734-1188 | Fax: (615) 250-9807

*— and —*

Sa'id Vakili, Esq. (SBN: 176322)
vakili@vakili.com
John A. Schlaff, Esq. (SBN: 135748)
john.schlaff@gmail.com
David N. Schultz, Esq. (SBN: 123094)
Schu1984@yahoo.com
Stephen P. Hoffman, Esq. (SBN: 287075)
hoffman@vakili.com
**VAKILI & LEUS, LLP**
3701 Wilshire Blvd., Suite 1135
Los Angeles, CA 90010-2822
(213) 380-6010 | Fax: (213) 380-6051

*Attorneys for Plaintiff Software Freedom Conservancy, Inc.*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOFTWARE FREEDOM CONSERVANCY, INC., a New York non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>VIZIO, INC., a California corporation; and DOES 1 to 50, inclusive,<br><br>Defendants. | Case No.: 8:21-cv-01943-JLS-KES<br><br>**NOTICE OF LODGING OF [*PROPOSED*] ORDER ON PLAINTIFF SOFTWARE FREEDOM CONSERVANCY, INC.'S EVIDENTIARY OBJECTIONS TO VIZIO, INC.'S OPPOSITION TO PLAINTIFF'S MOTION FOR REMAND, THE DECLARATION OF MICHAEL E. WILLIAMS, AND EXHIBITS THERETO**<br><br>Judge:     Hon. Josephine L. Staton |

1

**TO THE HONORABLE COURT, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** pursuant to Local Rule 5-4.4.1, plaintiff Software Freedom Conservancy, Inc. has lodged with the Court the attached [Proposed] Order on its Evidentiary Objections to Vizio, Inc.'s Opposition to Plaintiff's Motion for Remand, the Declaration of Michael E. Williams, and Exhibits Thereto.

DATED: May 5, 2022              **RICHARD G. SANDERS, PLLC**
                                **VAKILI & LEUS, LLP**


                         By: /s/ Sa'id Vakili
                             Sa'id Vakili, Esq.
                             David N. Schultz, Esq.
                             Richard Sanders, Esq.
                             *Attorneys for Plaintiff Software Freedom Conservancy, Inc.*

# CERTIFICATE OF SERVICE

*Software Freedom Conservancy, Inc. v. Vizio, Inc.*
*U.S.D.C. C.D. Cal. Case No.: 8:21-cv-01943-JLS-KES*

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is Vakili & Leus, LLP, 3701 Wilshire Boulevard, Los Angeles, Suite 1135, Los Angeles, California 90010.

On May 5, 2022, I served the foregoing document described as [*PROPOSED*] **ORDER ON PLAINTIFF'S EVIDENTIARY OBJECTIONS TO VIZIO, INC.'S OPPOSITION TO PLAINTIFF'S MOTION FOR REMAND, THE DECLARATION OF MICHAEL E. WILLIAMS, AND EXHIBITS THERETO** on all interested parties in this action at the addresses listed below, as follows:

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Michael E. Williams, Esq.
michaelwilliams@quinnemanuel.com
Daniel C. Posner, Esq.
danposner@quinnemanuel.com
John Z. Ying
johnyin@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017

**213/443-3000** | Fax: 213/443-3100

*Counsel for Defendant Vizio, Inc.*

I hereby certify that on the 5th day of May 2022, I will cause to be served the above-referenced document via the United States District Court's Electronic Filing Program on the designated recipient via electronic transmission through the CM/ECF system on the Court's website. The Court's CM/ECF system will generate a Notice of Electronic Filing ("NEF") to the filing party, the assigned judge, and any registered users in this action. The NEF will constitute service of the document. Registration as a CM/ECF user constitutes consent to electronic service through the Court's transmission facilities.

/s/ Jason C. Ming
Jason C. Ming