Richard G. Sanders, Esq. (SBN: 209617)
rick@ricksanderslaw.com
**RICHARD G. SANDERS, PLLC**
605 Berry Road, Suite A
Nashville, TN 37204-2801
(615) 734-1188 | Fax: (615) 250-9807

*— and —*

Sa'id Vakili, Esq. (SBN: 176322)
vakili@vakili.com
David N. Schultz, Esq. (SBN: 123094)
Schu1984@yahoo.com
John A. Schlaff, Esq. (SBN: 135748)
john.schlaff@gmail.com
Stephen P. Hoffman, Esq. (SBN: 287075)
hoffman@vakili.com
**VAKILI & LEUS, LLP**
3701 Wilshire Blvd., Suite 1135
Los Angeles, CA 90010-2822
(213) 380-6010 | Fax: (213) 380-6051

*Attorneys for Plaintiff Software Freedom Conservancy, Inc.*

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

SOFTWARE FREEDOM CONSERVANCY, INC., a New York non-profit corporation,

Plaintiff,

v.

VIZIO, INC., a California corporation; and DOES 1 to 50, inclusive,

Defendants.

Case No.: 8:21-cv-01943-JLS-KES

[*PROPOSED*] **ORDER ON PLAINTIFF'S EVIDENTIARY OBJECTIONS TO VIZIO, INC.'S OPPOSITION TO PLAINTIFF'S MOTION FOR REMAND, THE DECLARATION OF MICHAEL E. WILLIAMS, AND EXHIBITS THERETO**

Date: May 27, 2022
Time: 10:30 a.m.
Place: Courtroom 10A
Judge: Hon. Josephine L. Staton

# [*PROPOSED*] **ORDER**

Plaintiff Software Freedom Conservancy, Inc. ("SFC" or "Plaintiff") filed its Motion to Remand Action to State Court (Dkt. 14) ("Motion") in the above-captioned litigation ("Action") on December 27, 2021. Defendant Vizio, Inc. ("Defendant" or "Vizio") filed its opposition to the Motion on April 22, 2022 (Dkt. 24), to which Plaintiff filed a reply (Dkt. 26) as well as evidentiary objections (Dkt. 27) in connection with Vizio's opposition papers on April 29, 2022.

The Court, having reviewed the Evidentiary Objections to Vizio's Opposition to Plaintiff's Motion for Remand, the Declaration of Michael E. Williams, and Exhibits Thereto filed by Plaintiff (Dkt. 27) as well as any additional papers submitted by the parties in connection with same, hereby **ORDERS** as follows on each of Plaintiff's objections:

## I. WILLIAMS' DECLARATION AND EXHIBITS

| # | Material Objected To: | Grounds for Objection: | Court's Ruling: |
|---|---|---|---|
| **1** | Williams Decl., ¶ 3 | 1. Confidential settlement communications submitted to disprove the validity of a disputed claim or impeach by a prior inconsistent statement or contradiction. Fed. R. Evid. 408(a).[1]<br><br>2. Relevance. Fed. R. Evid. 402. | 1. Sustained / Overruled<br><br>2. Sustained / Overruled |
| **2** | Williams Decl., Exh. "2" | 3. Confidential settlement communications submitted to disprove the validity of a disputed claim or impeach by a prior inconsistent statement or | 3. Sustained / Overruled |

[1] Unless indicated otherwise, the terms "Rule" or "Rules" used herein refer to the Federal *Rules of Evidence*.

| | | | |
|---|---|---|---|
| | | contradiction. Fed. R. Evid. 408(a).<br><br>4. Relevance. Fed. R. Evid. 402. | <br><br>4. Sustained / Overruled |
| **3** | Williams Decl., ¶ 5 | 5. Confidential settlement communications submitted to disprove the validity of a disputed claim or impeach by a prior inconsistent statement or contradiction. Fed. R. Evid. 408(a).<br><br>6. Relevance. Fed. R. Evid. 402. | 5. Sustained / Overruled<br><br>6. Sustained / Overruled |
| **4** | Williams Decl., Exh. "4" | 7. Confidential settlement communications submitted to disprove the validity of a disputed claim or impeach by a prior inconsistent statement or contradiction. Fed. R. Evid. 408(a).<br><br>8. Relevance. Fed. R. Evid. 402. | 7. Sustained / Overruled<br><br>8. Sustained / Overruled |
| **5** | Williams Decl., ¶ 6 | 9. Competence. Fed. R. Evid. 602.<br><br>10. Foundation. Fed. R. Evid. 602.<br><br>11. Relevance. Fed. R. Evid. 402.<br><br>12. Authentication. Fed. R. Evid. 901(a).<br><br>13. Hearsay. Fed. R. Evid. 802.<br><br>14. Unfair Prejudice. Fed. R. | 9. Sustained / Overruled<br><br>10. Sustained / Overruled<br><br>11. Sustained / Overruled<br><br>12. Sustained / Overruled<br><br>13. Sustained / Overruled |

| | | | |
|---|---|---|---|
| | | Evid. 403. | 14. Sustained / Overruled |
| **6** | Williams Decl., Exh. "5" | 15. Competence. Fed. R. Evid. 602.<br><br>16. Foundation. Fed. R. Evid. 602.<br><br>17. Relevance. Fed. R. Evid. 402.<br><br>18. Authentication. Fed. R. Evid. 901(a).<br><br>19. Hearsay. Fed. R. Evid. 802.<br><br>20. Unfair Prejudice. Fed. R. Evid. 403. | 15. Sustained / Overruled<br><br>16. Sustained / Overruled<br><br>17. Sustained / Overruled<br><br>18. Sustained / Overruled<br><br>19. Sustained / Overruled<br><br>20. Sustained / Overruled |
| **7** | Williams Decl., ¶ 8 | 21. Confidential settlement communications submitted to disprove the validity of a disputed claim or impeach by a prior inconsistent statement or contradiction. Fed. R. Evid. 408(a).<br><br>22. Relevance. Fed. R. Evid. 402. | 21. Sustained / Overruled<br><br>22. Sustained / Overruled |
| **8** | Williams Decl., Exh. "7" | 23. Confidential settlement communications submitted to disprove the validity of a disputed claim or impeach by a prior inconsistent statement or contradiction. Fed. R. Evid. 408(a).<br><br>24. Relevance. Fed. R. Evid. 402. | 23. Sustained / Overruled<br><br>24. Sustained / Overruled |

## II. VIZIO OPPOSITION

| # | Material Objected To: | Grounds for Objection: | Court's Ruling: |
|---|---|---|---|
| **9** | Oppo., ¶¶ 5:11-21 | 25. Confidential settlement communications submitted to disprove the validity of a disputed claim or impeach by a prior inconsistent statement or contradiction. Fed. R. Evid. 408(a).<br><br>26. Relevance. Fed. R. Evid. 402. | 25. Sustained / Overruled<br><br>26. Sustained / Overruled |
| **10** | Oppo., ¶¶ 5:22-27 | 27. Confidential settlement communications submitted to disprove the validity of a disputed claim or impeach by a prior inconsistent statement or contradiction. Fed. R. Evid. 408(a).<br><br>28. Relevance. Fed. R. Evid. 402. | 27. Sustained / Overruled<br><br>28. Sustained / Overruled |
| **11** | Oppo., ¶¶ 6:13-24 | 29. Competence. Fed. R. Evid. 602.<br><br>30. Foundation. Fed. R. Evid. 602.<br><br>31. Relevance. Fed. R. Evid. 402.<br><br>32. Authentication. Fed. R. Evid. 901(a).<br><br>33. Hearsay. Fed. R. Evid. 802. | 29. Sustained / Overruled<br><br>30. Sustained / Overruled<br><br>31. Sustained / Overruled<br><br>32. Sustained / Overruled<br><br>33. Sustained / Overruled |

| | | | |
|---|---|---|---|
| | | 34. Unfair Prejudice. Fed. R. Evid. 403. | 34. Sustained / Overruled |
| **12** | Oppo., ¶¶ 7:8-21 | 35. Confidential settlement communications submitted to disprove the validity of a disputed claim or impeach by a prior inconsistent statement or contradiction. Fed. R. Evid. 408(a).<br><br>36. Relevance. Fed. R. Evid. 402. | 35. Sustained / Overruled<br><br>36. Sustained / Overruled |
| **13** | Oppo., ¶¶ 8:6-11 | 37. Confidential settlement communications submitted to disprove the validity of a disputed claim or impeach by a prior inconsistent statement or contradiction. Fed. R. Evid. 408(a).<br><br>38. Relevance. Fed. R. Evid. 402. | 37. Sustained / Overruled<br><br>38. Sustained / Overruled |
| **14** | Oppo., ¶¶ 12:6-13 | 39. Confidential settlement communications submitted to disprove the validity of a disputed claim or impeach by a prior inconsistent statement or contradiction. Fed. R. Evid. 408(a).<br><br>40. Relevance. Fed. R. Evid. 402. | 39. Sustained / Overruled<br><br>40. Sustained / Overruled |
| **15** | Oppo., ¶¶ 22:23-27 | 41. Confidential settlement communications submitted to disprove the validity of a disputed claim or impeach by a prior inconsistent statement or contradiction. Fed. R. Evid. 408(a). | 41. Sustained / Overruled |

| | | | |
|---|---|---|---|
| | | 42. Relevance. Fed. R. Evid. 402. | 42. Sustained / Overruled |

**IT IS SO ORDERED.**

DATED: ________________

Hon. Josephine L. Staton
United States District Court Judge