Richard G. Sanders, Esq. (SBN: 209617)
rick@ricksanderslaw.com
**RICHARD G. SANDERS, PLLC**
605 Berry Road, Suite A
Nashville, TN 37204-2801
(615) 734-1188 | Fax: (615) 250-9807
  *— and —*
Sa'id Vakili, Esq. (SBN: 176322)
vakili@vakili.com
John A. Schlaff, Esq. (SBN: 135748)
john.schlaff@gmail.com
David N. Schultz, Esq. (SBN: 123094)
Schu1984@yahoo.com
Stephen P. Hoffman, Esq. (SBN: 287075)
hoffman@vakili.com
**VAKILI & LEUS, LLP**
3701 Wilshire Blvd., Suite 1135
Los Angeles, CA 90010-2822
(213) 380-6010 | Fax: (213) 380-6051

*Attorneys for Plaintiff Software Freedom Conservancy, Inc.*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOFTWARE FREEDOM CONSERVANCY, INC., a New York non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>VIZIO, INC., a California corporation; and DOES 1 to 50, inclusive,<br><br>Defendants. | Case No.: 8:21-cv-01943-JLS-KES<br><br>**NOTICE OF ERRATA RE:**<br>**(1) PLAINTIFF SOFTWARE FREEDOM CONSERVANCY, INC.'S EVIDENTIARY OBJECTIONS; AND**<br>**(2) [*PROPOSED*] ORDER THEREON**<br><br>Date:   May 13, 2022<br>Time:   10:30 a.m.<br>Judge:  Hon. Josephine L. Staton<br>Place:  Courtroom 8A, First Street U.S. Courthouse |

Case 8:21-cv-01943-JLS-KES   Document 29   Filed 05/10/22   Page 2 of 3   Page ID #:430

**TO THE HONORABLE COURT, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** the following two pleadings submitted by Plaintiff Software Freedom Conservancy, Inc. ("SFC") in support of SFC's Motion to Remand Action to State Court (the "Motion to Remand"), set for hearing on May 13, 2022, inadvertently included on their cover pages the incorrect date and courtroom number for the hearing on the Motion to Remand:

1. Document No. 27, filed April 29, 2022, entitled "Plaintiff SFC's Evidentiary Objections to Vizio's Opposition to Plaintiff's Motion for Remand, the Declaration of Michael E. Williams, and Exhibits Thereto"; and

2. Document No. 28-1, filed May 5, 2022, entitled "[*Proposed*] Order on Plaintiff's Evidentiary Objections to Vizio, Inc.'s Opposition to Plaintiff's Motion for Remand, the Declaration of Michael E. Williams, and Exhibits Thereto".

Although the cover page of both pleadings inadvertently listed the hearing date for the Motion to Remand as May 27, 2022, and inadvertently listed the location of the hearing as Courtroom 10A, the hearing date should have been referenced as <u>May 13, 2022, and the location of the hearing should have been referenced as Courtroom 8A, First Street U.S. Courthouse</u>.

Counsel for SFC apologizes for any confusion and/or inconvenience the inadvertent errors may have caused.

DATED: May 10, 2022                **RICHARD G. SANDERS, PLLC**
                                    **VAKILI & LEUS, LLP**

                                    By: /s/ Sa'id Vakili
                                        Sa'id Vakili, Esq.
                                        David N. Schultz, Esq.
                                        Richard Sanders, Esq.
                                        *Attorneys for Plaintiff Software Freedom Conservancy, Inc.*

NOTICE OF ERRATA

# CERTIFICATE OF SERVICE

*Software Freedom Conservancy, Inc. v. Vizio, Inc.*
*U.S.D.C. C.D. Cal. Case No.: 8:21-cv-01943-JLS-KES*

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is Vakili & Leus, LLP, 3701 Wilshire Boulevard, Los Angeles, Suite 1135, Los Angeles, California 90010.

On May 10, 2022, I served the foregoing document described as **NOTICE OF ERRATA RE: (1) PLAINTIFF SOFTWARE FREEDOM CONSERVANCY, INC.'S EVIDENTIARY OBJECTIONS; AND (2) [*PROPOSED*] ORDER THEREON** on all interested parties in this action at the addresses listed below, as follows:

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Michael E. Williams, Esq.
michaelwilliams@quinnemanuel.com
Daniel C. Posner, Esq.
danposner@quinnemanuel.com
John Z. Ying
johnyin@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017

**213/443-3000** | Fax: 213/443-3100

*Counsel for Defendant Vizio, Inc.*

I hereby certify that on the 10th day of May 2022, I will cause to be served the above-referenced document via the United States District Court's Electronic Filing Program on the designated recipient via electronic transmission through the CM/ECF system on the Court's website. The Court's CM/ECF system will generate a Notice of Electronic Filing ("NEF") to the filing party, the assigned judge, and any registered users in this action. The NEF will constitute service of the document. Registration as a CM/ECF user constitutes consent to electronic service through the Court's transmission facilities.

/s/ Jason C. Ming
Jason C. Ming